**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LARRY DE JONG;<br>ANTINE DE JONG;<br>MATTHEW A. DE JONG and ANDREA CLARK, AS TRUSTEES OF THE DE JONG CHILDRENS TRUST; CAROL ANN KUNNEN;<br>GLENN W. DE JONG;<br>WESTERN ENERGETIX LLC;<br>SAN JOAQUIN COUNTY; and<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD.<br><br>　　　　　　　　　Defendants. | Case No.:  2:22-cv-00064-WBS-AC<br><br>**ORDER GRANTING THE UNITED STATES AND THE DE JONG FAMILY'S JOINT MOTION TO EXTEND COURT DEADLINES** |

On April 20, 2022, the United States and defendants Larry De Jong, Antine De Jong, Glenn W. De Jong, Carol Ann Kunnen, and Matthew De Jong and Andrea Clark as Trustees of the De Jong Children's Trust (collectively, the "De Jong Family"), jointly moved for an extension of the deadlines set forth in the Court's Order Re: Pretrial Scheduling Conference (ECF No. 15). The Court has considered the Joint Motion to

Extend, and good cause appearing, hereby ORDERS:

1. The Joint Motion to Extend Deadlines (Dkt. No. 15) is **GRANTED**.

2. The Court's Deadlines set forth in the Order Re: Pretrial Scheduling Conference (ECF No. 3) are extended as follows:

| Event | Deadline | Extended Date |
|---|---|---|
| De Jong Family Answer | April 22, 2022 | May 23, 2022 |
| Rule 26(f) Conference | May 2, 2022 | June 20, 2022 |
| Joint Status Report | May 9, 2022 | **August 1, 2022** |
| Status (Pretrial Scheduling) Conference | May 23, 2022 | **August 15, 2022 at 1:30 pm (PT)** |

IT IS SO ORDERED.

Dated: April 21, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE