**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LARRY DE JONG;<br>ANTINE DE JONG;<br>MATTHEW A. DE JONG and ANDREA CLARK, AS TRUSTEES OF THE<br>DE JONG CHILDRENS TRUST; CAROL ANN KUNNEN;<br>GLENN W. DE JONG;<br>WESTERN ENERGETIX LLC;<br>SAN JOAQUIN COUNTY; and<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD.<br><br>                      Defendants. | Case No.: 2:22-cv-00064-WBS-AC<br><br>**ORDER GRANTING THE UNITED STATES AND THE DE JONG FAMILY'S SECOND JOINT MOTION TO EXTEND COURT DEADLINES** |

      On May 17, 2022, the United States and defendants Larry De Jong, Antine De Jong, Glenn W. De Jong, Carol Ann Kunnen, and Matthew De Jong and Andrea Clark as Trustees of the De Jong Children's Trust (collectively, the "De Jong Family"), jointly moved for an extension of the deadlines set forth in the Court's Order Re: Pretrial Scheduling Conference (ECF No. 16). The Court has considered the Joint Motion to

1

Extend, and good cause appearing, hereby ORDERS:

1. The Joint Motion to Extend Deadlines (ECF No. 19) is **GRANTED**.

2. The Court's Deadlines set forth in the Order Re: Pretrial Scheduling Conference (ECF No. 16) are extended as follows:

| Event | Current Deadline | New Date |
| --- | --- | --- |
| De Jong Family Answer | May 23, 2022 | July 11, 2022 |
| Rule 26(f) Conference | June 20, 2022 | August 12, 2022 |
| Joint Status Report | August 1, 2022 | September 12, 2022 |
| Status (Pretrial Scheduling) Conference | August 15, 2022 at 1:30 PM PT | September 26, 2022 at 1:30 PM (PT) |

**IT IS SO ORDERED.**

**Dated: May 17, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE